FILED 28 DEC '21 11:12 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND _____ DIVISION

STEVEN DAWAYNE WILLIS
*(Enter full name of plaintiff)*

Plaintiff,

v.

MULTNOMAH COUNTY SHERIFFS OFFICE, SHERIFF MIKE REESE, MULTNOMAH COUNTY
_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:21-cv-01881-JR _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes   ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: STEVEN DAWAYNE WILLIS
Street Address: 11540 NE INVERNESS DR.
City, State & Zip Code: PORTLAND, OR. 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: _MULTNOMAH COUNTY SHERIFFS OFFICE_

Street Address: _501 SE HAWTHORNE SUITE 350_

City, State & Zip Code: _PORTLAND, OR 97214_

Telephone No.: _____

**Defendant No. 2**    Name: _SHERIFF MIKE REESE_

Street Address: _501 SE HAWTHORNE SUITE 350_

City, State & Zip Code: _PORTLAND, OR 97214_

Telephone No.: _____

**Defendant No. 3**    Name: _MULTNOMAH COUNTY_

Street Address: _501 SE HAWTHORNE SUITE 500_

City, State & Zip Code: _PORTLAND, OR, 97214_

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

DESCRIMINATION, 14th AMENDMENT VIOLATION, DUE PROCESS RIGHTS VIOLATIONS, HARASSMENT, 4th & 5th AM. VIOLATIONS, NEGLIGENCE, MENTAL ANGUISH

## III.  STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

THE SHERIFF IS RESPONSIBLE FOR THE MULTNOMAH COUNTY SHERIFFS OFFICE, THE SHERIFFS OFFICE IS IN THE COUNTY OF MULTNOMAH. ON 6/27/21 @ about 1:08am the multnomah county Sheriffs office did not book me into the jail on outstanding warrants I had been arrested on. I wasn't arraigned until 10/29/21 on the outstanding warrants and am still in custody not booked in or being held on the charges. THE DEFENDANTS NEGLIGENCE RESULTED in MY CIVIL RIGHTS BEING VIOLATED & CAUSES SUCH AN ANNOYANCE THAT I CANNOT SLEEP & AM AWAKED WITH WORRY.

### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III**

      *State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)        4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I WOULD LIKE THE COURT TO HOLD ALL DEFENDANTS ACCOUNTABLE & RESPONSIBLE FOR THEIR ACTIONS OR LACK THEREOF. HAND WRITTEN APOLLOGY FROM DEFENDANTS SHALL BE APPRECIATED. ANY MONEY(S) AWARDED THE DEFENDANTS PAY ANY & ALL TAXES, LAWYERS FEES & PERCENTAGES. I WOULD LIKE A GAG ORDER PERMANENTLY IN PLACE ON ALL DEFENDANTS FROM DISCUSSING ANY PART OF THE SUIT & AWARD.

I AM SEEKING EIGHT HUNDRED FIFTY ONE DOLLARS & THIRTY FIVE CENTS FEES IN COMPENSATION/DAMAGES

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of DECEMBER, 2021.

*(Signature of Plaintiff)*